115 A.3d 310

Mwangi SEKOU, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA
COUNTY, Respondent.

No. 35 EM 2015.

Supreme Court of Pennsylvania.

May 29, 2015.

## ORDER

PER CURIAM.

AND NOW, this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

115 A.3d 311

COMMONWEALTH of Pennsylvania ex rel. Theodore
WRIGHT a/k/a Curtis Price, Petitioner

v.

Tammy FERGUSON as Facility Manager SCI Benner; and the
District Attorney of Philadelphia Co., Pa. and Kathleen
Kane, Esq., Attorney General of Pennsylvania.

No. 36 EM 2015.

Supreme Court of Pennsylvania.

May 29, 2015.

## ORDER

PER CURIAM.

AND NOW, this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**